1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HSBC BANK OF USA N.A., AS TRUSTEE
     ON BEHALF OF ACE SECURITIES
11   CORP. HOME EQUITY LOAN TRUST AND
     FOR THE REGISTERED HOLDERS OF
12   ACE SECURITIES CORP. HOME EQUITY
     LOAN TRUST 2007-DI ASSET BACKED
13   PASS-THROUGH CERTIFICATES,

14           Plaintiff,                      No.  CIV-S-12-1338-KJM-KJN-PS

15       vs.

16   FERNANDO O CONTRERAS, et al.,

17           Defendants.                     ORDER
     _____/

18

19           On August 24, 2012, the magistrate judge filed findings and recommendations,

20   which were served on the parties and which contained notice that any objections to the findings

21   and recommendations were to be filed within fourteen days.  No objections were filed.

22           Although it appears from the file that plaintiff's copy of the findings and

23   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility

24   to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f),

25   service of documents at the record address of the party is fully effective.

26   ////

                                            1

The court presumes that any findings of fact are correct.  *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1.  The Findings and Recommendations filed August 24, 2012, are ADOPTED;

2.  Plaintiff's motion to remand (Dkt. No. 4) is granted and this matter is remanded to the Superior Court of California, County of Sutter;

3.  Plaintiff's request for attorney's fees and costs is denied; and

4.  The Clerk of Court shall vacate all dates and close this file.

DATED:  November 19, 2012.

UNITED STATES DISTRICT JUDGE